# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                               Case No. 6:15-cr-152-Orl-37GJK

NATALIA DONTSOVA                   BOP No. 69117-112

## ORDER

This cause is before the Court on the following:

(1)    Motion Requesting a Judicial Recommendation Concerning RRC/Halfway House Placement (Doc. 152), filed July 14, 2016;

(2)    Response to Defendant's Motion Requesting a Recommendation Concerning RRC/Halfway House Placement (Doc. 161), filed July 28, 2016.

## DISCUSSION

On **December 22, 2015**, the Court sentenced Defendant Natalia Dontsova to ten months of imprisonment in the custody of the Federal Bureau of Prisons ("**BOP**"). (Doc. 120.) Proceeding *pro se*, Defendant subsequently requested that the Court recommend to the BOP that—after six months of imprisonment—Defendant be placed in a halfway house for the final four months of her imprisonment. Because Defendant was released from the custody of the BOP on November 16, 2016, her request is due to be denied as moot.

## CONCLUSION

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Defendant Natalia Dontsova's Motion Requesting a Judicial Recommendation Concerning Length of RRC/Halfway House Placement (Doc. 152) is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 14, 2017.



ROY B. DALTON JR.
United States District Judge

Copies:
Defendant Natalia Dontsova
United States Attorney